UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KENNETH KEEL, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:10-00757 |
| | ) Judge Sharp |
| GAYLE RAY, *et al.* | ) |
| Defendants. | ) |

### ORDER

On November 10, 2011, the Magistrate Judge entered a Report and Recommendation ("R & R") (Docket No. 52), recommending that Defendants' Motion to Dismiss (Docket No. 48) be granted, and that Plaintiff's Complaint which seeks injunctive relief in the form of a court order requiring Defendants to provide him with treatment for sexual addiction be dismissed as moot because Plaintiff is no longer incarcerated. Despite being specifically advised in the R & R that any objections to the recommendation were to be filed within fourteen days, Plaintiff has filed no objections.

Having conducted a *de novo* review of the matter in accordance with Fed. R. Civ. P. 72(b), the Court agrees with the Magistrate Judge's recommendation. Accordingly,

(1) The R & R (Docket No. 52) is hereby ACCEPTED and APPROVED;

(2) Defendants' Motion to Dismiss (Docket No. 48) is hereby GRANTED; and

(3) Plaintiff's Complaint (Docket No. 1) is hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal

1

Rule of Civil Procedure 58.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE