**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **KENNETH KEEL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **No. 3:10-00757** |
| | ) | **Judge Sharp** |
| **GAYLE RAY,** *et al.* | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

On November 10, 2011, the Magistrate Judge entered a Report and Recommendation ("R & R") (Docket No. 52), recommending that Defendants' Motion to Dismiss (Docket No. 48) be granted, and that Plaintiff's Complaint which seeks injunctive relief in the form of a court order requiring Defendants to provide him with treatment for sexual addiction be dismissed as moot because Plaintiff is no longer incarcerated. Despite being specifically advised in the R & R that any objections to the recommendation were to be filed within fourteen days, Plaintiff has filed no objections.

Having conducted a *de novo* review of the matter in accordance with Fed. R. Civ. P. 72(b), the Court agrees with the Magistrate Judge's recommendation. Accordingly,

(1) The R & R (Docket No. 52) is hereby ACCEPTED and APPROVED;

(2) Defendants' Motion to Dismiss (Docket No. 48) is hereby GRANTED; and

(3) Plaintiff's Complaint (Docket No. 1) is hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal

Rule of Civil Procedure 58.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE